**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **LYNN GUENTHER,** *individually and on behalf of all others similarly situated,*<br><br>*Plaintiff,*<br><br>v.<br><br>**SUMMIT FINANCIAL, LLC**<br><br>*Defendant.* | Case No. 3:26-cv-01469-GC-RLS |

**NOTICE OF VOLUNTARY DISMISSAL**

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Lynn Guenther hereby voluntarily dismisses her claims against Defendant Summit Financial, LLC without prejudice.

Dated: April 6, 2026

*/s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esq.
Kimmel & Silverman, PC
30 E. Butler Ave.
Ambler, PA 19002
(267) 468-5374
jginsburg@creditlaw.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I. Jacob U. Ginsburg, hereby certify that a copy of the foregoing was served on all parties of record via email on April 6, 2026.

*/s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esq.